# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN PAUL RUHOSHA,<br><br>        Plaintiff,<br><br>v.<br><br>MAINE MEDICAL CENTER, *et al.*,<br><br>        Defendants. | Case No.: 1:23-cv-002218-JMC |

### DEFENDANT MAINE MEDICAL CENTER'S ADOPTION
### OF CO-DEFENDANT'S MOTION TO DISMISS

Defendant, Maine Medical Center ("MMC"), by and through undersigned counsel, respectfully files this adoption and joinder of Co-Defendant, MedStar Georgetown University Hospital's ("MedStar's"), Motion to Dismiss (ECF No. 19), and further states as follows:

1. On December 19, 2023, MedStar filed a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 19), which is incorporated herein by reference.

2. MMC joins and adopts MedStar's Motion to Dismiss (ECF No. 19), including the statements of law and arguments therein, consistent with the positions of MMC, as Plaintiff's Complaint asserts similar claims against the Defendants, and the arguments in MedStar's Motion to Dismiss are similarly applicable to MMC.

3. MMC previously filed a Motion to Vacate Entry of Default (ECF No. 16) and a Motion for Leave to File Motion to Dismiss (ECF No. 17) with proposed Motion to Dismiss (ECF No. 17-4), which are also incorporated herein by reference.

WHEREFORE, Defendant, Maine Medical Center, respectfully requests that this Honorable Court dismiss Plaintiff's Complaint and all claims against it, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Paul N. Farquharson*
Paul N. Farquharson (Fed. Bar No.: MD06514)
pfarquharson@semmes.com
Richard J. Medoff (Fed. Bar No.: 1692163)
rmedoff@semmes.com
Semmes, Bowen & Semmes
250 West Pratt Street, Suite 1900
Baltimore, Maryland 21201
(410) 539-5040 (Telephone)
(410) 539-5223 (Facsimile)
*Counsel for Defendant,*
*Maine Medical Center*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2023, a copy of the foregoing Defendant Maine Medical Center's Adoption of Co-Defendant's Motion to Dismiss was filed with the Court and served electronically via the Court's CM/ECF electronic filing system on all counsel and parties of record, including:

Crystal S. Deese, Esq.
JACKSON & CAMPBELL, P.C.
2300 N St NW, Suite 300
Washington, DC 20037
202-457-1600
Fax: 301-457-1678
Email: cdeese@jackscamp.com
*Counsel for Defendant,*
*MedStar Georgetown University Hospital*

And mailed, first-class mail, postage prepaid to:

Jean Paul Ruhosha
8010 Gramercy Boulevard, #180
Rockville, Maryland 20855
*Pro se Plaintiff*

/s/ *Paul N. Farquharson*
Paul N. Farquharson (Fed. Bar No.: MD06514)

B3253072.DOCX

2